AO91 (Rev. 5/85) Criminal Complaint

# United States District Court

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

V.

**JOSE RAMON PENA GONZALEZ**

## CRIMINAL COMPLAINT

CASE NUMBER: 2:08-mj-00761-LRL

,

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __06/21/1996__ in __Clark__ county, in the _____ District of __Nevada__ defendant(s), did:
(Track Statutory Language of Offense)

willingly, knowingly, unlawfully, and with intent to avoid prosecution, travel in interstate commerce from Las Vegas, Nevada, to Southern California and to Nayarit, Mexico, or other destinations currently unknown, after committing the felony crimes of Murder with a Deadly Weapon, a violation of Nevada Revised Statute (NRS) 200.030.

in violation of Title __18__ United States Code, Section(s) __1073__

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:
(Official Title)

On 04/29/1994, Jose Ramon Pena Gonzalez, born 05/16/1964, entered the residence located at 820 Sagman, apt. C, Las Vegas, Nevada, where he confronted victim Benjamin Gonzales about a fight that Gonzales had with one of Pena's friends. Pena then drew a handgun and fired multiple rounds striking Gonzales in the stomach and chest. Gonzales fell to the ground and Pena placed the gun to Gonzales' head and fired two more rounds killing Gonzales. On 06/21/1996, Las Vegas Justice Court issued an arrest warrant for Pena charging him with Murder with a Deadly Weapon.

During the early stages of the investigation, Pena located the only eye witness to the murder in California. Pena threatened the witness to kill all of the witness' children if the witness spoke to Police.

On 03/04/2008, a tip was received by Las Vegas Metropolitan Police Department stating that Pena had been arrested Nayarit Mexico for shooting a 22 year old male. A photograph was obtained and the photo closely resembles the booking photo of Pena.

Continued on the attached sheet and made a part hereof: ☐ Yes ☒ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

By _____

Date: 12-12-08

LAWRENCE R. LEAVITT
U.S. MAGISTRATE JUDGE

**Name & Title of Judicial Officer**

SA T. SCOTT HENDRICKS III
Special Agent, FBI
Las Vegas, Nevada

at  Las Vegas, Nevada
**City and State**

Signature of Judicial Officer